# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2012

145144 & (47)(48)(49)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE TOWNSHIP OF ADDISON,
      Plaintiff-Appellee,

v

JERRY KLEIN BARNHART, a/k/a
JERRY CLINE BARNHART,
      Defendant-Appellant.

_____/

SC: 145144
COA: 301294
Oakland CC: 2009-008918-AV

On order of the Court, the application for leave to appeal the April 10, 2012 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address whether the Court of Appeals erred in *Addison Twp v Barnhart*, unpublished opinion per curiam of the Court of Appeals, issued March 13, 2008 (Docket No. 272942) (*Barnhart I*), when it held that, "to the extent that there was testimony to suggest that defendant's operation of a shooting range was for business or commercial purposes, MCL 691.1542a(2)(c) does not provide freedom from compliance with local zoning controls." The parties may file supplemental briefs within 35 days of the date of this order, but they should not submit mere restatements of their application papers.

The motions for leave to file brief amicus curiae are GRANTED. The Michigan Municipal League and the Michigan Townships Association are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012

_____
Clerk

p0919